UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   EDCV 15-1512-DDP (JEM)                              Date   February 9, 2016

Title   Kingsley LaJohn Wright v E Allen et al

---

Present: The Honorable   John E. McDermott, United States Magistrate Judge

S. Anthony
Deputy Clerk                                                   Court Reporter / Recorder

Attorneys Present for Plaintiffs:                              Attorneys Present for Defendants:

None Present                                                   None Present

Proceedings:   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.  On December 22, 2015, the Court issued a Memorandum and Order Dismissing Complaint with Leave to Amend.  Plaintiff had until January 22, 2016, to file a Second Amended Complaint ("SAC").  He was cautioned that failure to do so by the deadline could result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

To date, Plaintiff has not filed a SAC.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and failure to comply with a court order.

Plaintiff shall file a written response to this Order to Show Cause no later than **February 23, 2016**.[1]  Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

Filing of a Second Amended Complaint consistent with the requirements of the Court's December 22, 2015 Order shall be a satisfactory response to the Order to Show Cause.

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court.  Upon the filing of a Response, the Order to Show Cause will stand submitted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

No extensions of this deadline will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

cc: Parties

:

Initials of Deputy Clerk    sa