# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGSLEY LAJOHN WRIGHT,<br><br>             Plaintiff,<br><br>    v.<br><br>E. ALLEN, et al.,<br><br>             Defendants. | Case No. EDCV 15-1512-DDP (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: April 5, 2016

                                                DEAN D. PREGERSON<br>                                       UNITED STATES DISTRICT JUDGE